IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                          ) | |
|       Plaintiff,     ) | |
|                          ) | |
| v.     ) | |
|                          ) | Case No. CR-22-40-D |
| WILLIAM SHAWN KAYS,     ) | |
|                          ) | |
|       Defendant.     ) | |

**ORDER**

In light of the Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, No. 20-843, 2022 WL 2251305 (June 23, 2022), the Court finds supplemental briefing would be helpful concerning Defendant's Motion to Declare 18 U.S.C. § 922(g)(8) and § 922(n) Unconstitutional Under the Second Amendment and to Dismiss the Superseding Indictment [Doc. No. 52]. The parties should specifically address whether *New York State Rifle & Pistol Ass'n* changes how the Court should analyze Defendant's Second Amendment challenges.

**IT IS THEREFORE ORDERED** that Defendant may submit a supplemental brief within 14 days of this Order, to which the government may respond within 14 days.

**IT IS SO ORDERED** this 24th day of June, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge