# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. CR 22-40-D |
| WILLIAM SHAWN KAYS, | ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant William Shawn Kays' Motion to Strike Prejudicial and Misleading Surplusage from Counts 2 and 3 of the Superseding Indictment. [Doc. No. 42]. The government filed a timely response. [Doc. No. 44].

After Defendant filed the present motion, a Second Superseding Indictment [Doc. No. 71] was returned on June 8, 2022. In light of the Second Superseding Indictment, the Court finds that it should deny Defendant's Motion to Strike [Doc. No. 42] without prejudice to refiling a motion that addresses the Second Superseding Indictment [Doc. No. 71], the Superseding Indictment [Doc. No. 33], or both.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Strike Prejudicial and Misleading Surplusage from Counts 2 and 3 of the Superseding Indictment [Doc. No. 42] is **DENIED** without prejudice to refiling

**IT IS SO ORDERED** this 14th day of September, 2022.

*[Signature]*

TIMOTHY D. DeGIUSTI
Chief United States District Judge