# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. CR 22-40-D |
| WILLIAM SHAWN KAYS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court are two Motions in Limine [Doc. Nos. 23, 24] filed by Defendant William Shawn Kays. The government filed timely responses [Doc. Nos. 35, 37].

Defendant filed the instant motions on March 7, 2022. After doing so, a Superseding Indictment [Doc. No. 33] was filed on April 6, 2022, and a Second Superseding Indictment [Doc. No. 71] was filed on June 8, 2022. In light of the superseding indictments, the Court finds that it should deny Defendant's Motions in Limine [Doc. Nos. 23, 24] without prejudice to refiling motions that address the Second Superseding Indictment [Doc. No. 71], the Superseding Indictment [Doc. No. 33], or both.

**IT IS THEREFORE ORDERED** that Defendant's Motions in Limine [Doc. Nos. 23, 24] are **DENIED** without prejudice to refiling.

**IT IS SO ORDERED** this 21st day of September, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge